AFFIDAVIT OF SERVICE

Case No: 00-6036-CIV-DAVIS

---------- TO BE SERVED ----------   FILED by _____ D.C.   ---------- COURT ----------
GRACITA BEAUSEJOUR                                           IN THE UNITED STATES DISTRICT COURT,
6516 EMERALD LAKE DRIVE    00 MAR -2 AM 10:36               IN AND FOR THE SOUTHERN DISTRICT OF
MIRAMAR, FLORIDA 33023                                       FLORIDA
                           CLARENCE MADDOX
                           CLERK U.S. DIST. CT.
                           S.D. OF FLA - MIA

UNITED STATES OF AMERICA                                    ---------- WRIT ----------
VS.                                                         SUMMONS IN A CIVIL ACTION
GRACITA BEAUSEJOUR

---------- SERVED FOR ----------                            ---------- INFORMATION ----------
MARY F. DOOLEY, AUSA                                        Court Date :
                                                            Court Time :
99 N.E. 4th STREET, SUITE 300                               Witness Fees
MIAMI, FLORIDA 33132                                        Doc. Type  : Original
                                                            Atty File #:

I received this process 02/15/00 at 5:01 PM and it was served 02/19/00 at 8:20 AM
in BROWARD COUNTY, FLORIDA.

    On: GRACITA BEAUSEJOUR
    At: 6516 EMERALD LAKE DRIVE
        MIRAMAR, FLORIDA 33023

SUBSTITUTE SERVICE: (FS 48.031)

By leaving a copy of this writ, the date and hour of service endorsed
by me, and a copy of the complaint, petition or initial pleading as furn-
ished by the plaintiff or petitioner at the within named person's usual
place of abode, with a member of said household above the age of fifteen
years to wit:
            DEBBIE BEAUSEJOUR
            DAUGHTER
and informing such person of their contents.

OTHER RETURNS:



BRENDA TAYLOR
My Commission # CC 815829
Expires: March 8, 2003
1-800-3-NOTARY   Fla. Notary Service & Bonding Co

I acknowledge that I am a certified process server in the circuit in which the defendant was
served. I acknowledge that I have no interest in the above action.

I hereby certify that I am not a party to the above    The foregoing instrument was acknowledged
action, am over 18 years of age, that the above affi-  before me this 25 day of February,
davit is true and correct, and that service was made   BY BARBARA RODRIGUEZ,
in accordance with Rule 1.410(C) Florida R.C.P., and   who is personally known to me, or who has
Rule 45 Federal R.C.P., and Rule 4(C), 50 U.S.C., and  produced a _____ DL _____ as identification
Section 520 Ct. 28.                                    and who did take an oath.

PROCESS SERVER: BARBARA RODRIGUEZ (164)                NOTARY PUBLIC OR PUBLIC OFFICER
CAPLAN/MARKOWITZ & KAHN  (305) 374-3426.               AND TITLE OR RANK / CCN
CPS Number:  /52707

AO 88 (Rev. 11/91) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF FLORIDA

SUMMONS IN A CIVIL ACTION

United States of America

Case Number:

99 NE 4TH STREET
3RD FLOOR
MIAMI, FL  33132-2111

v.

GRACITA BEAUSEJOUR
6516 EMERALD LAKE DRIVE
MIRAMAR, FL  33023

TO: *(Name and Address of Defendant)*

GRACITA BEAUSEJOUR
6516 EMERALD LAKE DRIVE
MIRAMAR, FL  33023

YOU ARE HEREBY SUMMONED and required serve upon Plaintiff's Attorney

Mary F. Dooley
Assistant United States Attorney
99 NE 4TH STREET
3RD FLOOR
MIAMI, FL  33132-2111

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of the Court within a reasonable time after service.

Clarence Maddox CLERK                 JAN 0 7 2000    DATE

_____
(BY) DEPUTY CLERK