UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FILED BY _____ D.C.

03 JUN 13 AM 11: 17

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FL - MIAMI

Case No. 00-06036-CIV-DAVIS

UNITED STATES OF AMERICA,

        Plaintiff,

v.

GRACITA BEAUSEJOUR,

        Defendant.
_____/

## SATISFACTION OF JUDGMENT AND RELEASE OF LIEN

The judgment entered in favor of the United States of America, in the above-entitled case having been discharged, the Clerk of the United States District Court for the Southern District of Florida is authorized and empowered to satisfy and cancel said judgment of record. Said judgment was duly recorded on September 13, 2000, in the Public Records of Broward County, Florida in Official Records Book 30845, Page 0238.



SATISFACTION OF JUDGMENT AND RELEASE OF LIEN
U.S. v. GRACITA BEAUSEJOUR
CASE NO.  00-06036-CIV-DAVIS

Witness my hand and seal this
/2TH day of June, A.D. 2003

Signed, Sealed and Delivered in
Presence of:

_____
Magda del Valle

_____
Carrie L. Greenia

MARCOS DANIEL JIMENEZ
UNITED STATES ATTORNEY

By: _____
Karin D. Wherry
Assistant United States Attorney
99 N.E. 4th Street, Room 300
Miami, FL 33132
Tel No.(305) 961-9016
Fax No.(305) 530-7195

STATE OF FLORIDA,
COUNTY OF DADE,

I HEREBY CERTIFY that on this day, before me, an officer duly authorized in the State aforesaid and in the County aforesaid, to take acknowledgments, personally appeared Karin D. Wherry, Assistant U.S. Attorney to me known to be the person described in and who executed the foregoing instrument and she acknowledged before me that she executed the same.

WITNESS my hand and official seal in the County and State last aforesaid this 12th day of June, A.D. 2003.

_____
Rolando A. León
NOTARY PUBLIC, State of Florida

Rolando A. Leon
MY COMMISSION # DD142399 EXPIRES
September 3, 2006
BONDED THRU TROY FAIN INSURANCE, INC.

[X] PERSONALLY KNOWN TO ME and
[X] DID NOT take an oath